WILLIAM R. TAMAYO, SBN 084965 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DAVID F. OFFEN-BROWN, SBN 063321 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5652
Fax No. (415) 625-5657
E-mail: david.offen-brown@eeoc.gov

Attorneys for Plaintiff EEOC

(Attorney recitals cont.)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RESTROOM SOLUTIONS, LLC<br><br>Defendant<br><br>MICHAEL SCALES,<br><br>Plaintiff-in-Intervention,<br><br>v.<br><br>SIERRA RESTROOM SOLUTIONS, LLC, MICHAEL OPPIO, an individual, JEFF PALMER, an individual,<br><br>Defendants-in-Intervention | Case No. 3:09-cv-00537-RCJ-VPC<br><br>STIPULATION TO DISMISS |

3:09-cv-00537-RCJ-VPC
Stipulation to Dismiss

1  JEFFREY A. DICKERSON, NSB 2690
   9655 Gateway Dr., Suite B
2  Reno, NV 89521
   Telephone No.: (775) 786-6664
3  Fax No.: (775) 786-6466

4  Attorney for Plaintiff-in-Intervention,
   Michael Scales
5

6  TIMOTHY E. ROWE, NSB 1000
   McDONALD CARANO WILSON LLP
7  100 West Liberty Street, 10th Floor
   P.O. Box 2670
8  Telephone No.: (775) 788-2000
   Fax No.: (775) 788-2020
9
   Attorneys for Defendant and Defendants-in-Intervention,
10 Sierra Restroom Solutions and Michael Oppio

11
   CARL M. HEBERT, NSB 250
12 202 California Avenue
   Reno, NV 89509
13 Telephone No.: (775) 323-5556
   Fax No.: (775) 323-5597
14
   Attorney for Defendant-in-Intervention,
15 Jeff Palmer

16      The parties to this action, through their counsel, agree that the above-captioned

17 action be and hereby is dismissed with prejudice pursuant to the attached settlement

18 agreement and Fed. R. Civ. P. 41(a)(1).

19

20                                    So agreed,

21                                    U. S. EQUAL EMPLOYMENT
                                      OPPORTUNITY COMMISSION
22

23 Date: March 20, 2012

24                                           /s/
                                      DAVID F. OFFEN-BROWN
25                                    Senior Trial Attorney

26                                    Attorneys for Plaintiff EEOC

27

28
   3:09-CV-00537-RCJ-VPC
   Stipulation to Dismiss

JEFFREY A. DICKERSON

Date: February 29, 2012

/s/ (Authorized on 2/29/12)
Jeffrey A. Dickerson

Attorney for Plaintiff-in-Intervention Michael Scales

McDONALD CARANO WILSON LLP

Date: March 6, 2012

/s/ (Authorized on 3/6/12)
Timothy E. Rowe

Attorneys for Defendant Sierra Restroom Solutions and for Defendant-in-Intervention Michael Oppio

CARL M. HEBERT

Date: March 6, 2012

/s/ (Authorized on 3/6/12)
Carl M. Hebert

Attorney for Defendant-in-Intervention Jeff Palmer

3:09-CV-00537-RCJ-VPC
Stipulation to Dismiss

WILLIAM R. TAMAYO, SBN 084965 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DAVID F. OFFEN-BROWN, SBN 063321 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5652
Fax No. (415) 625-5657
E-mail: david.offen-brown@eeoc.gov

Attorneys for Plaintiff EEOC

(Attorney recitals cont.)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 3:09-cv-00537-RCJ-VPC |
| Plaintiff, | SETTLEMENT AGREEMENT |
| v. | |
| SIERRA RESTROOM SOLUTIONS, LLC | |
| Defendant | |
| MICHAEL SCALES, | |
| Plaintiff-in-Intervention, | |
| v. | |
| SIERRA RESTROOM SOLUTIONS, LLC, MICHAEL OPPIO, an individual, JEFF PALMER, an individual, | |
| Defendants-in-Intervention | |

1  JEFFREY A. DICKERSON, NSB 2690
2  9655 Gateway Dr., Suite B
   Reno, NV 89521
3  Telephone No.: (775) 786-6664
   Fax No.: (775) 786-6466

4  Attorney for Plaintiff-in-Intervention,
   Michael Scales
5

6  TIMOTHY E. ROWE, NSB 1000
   McDONALD CARANO WILSON LLP
7  100 West Liberty Street, 10th Floor
   P.O. Box 2670
8  Telephone No.: (775) 788-2000
   Fax No.: (775) 788-2020
9
   Attorneys for Defendant and Defendants-in-Intervention,
10 Sierra Restroom Solutions and Michael Oppio

11
   CARL M. HEBERT, NSB 250
12 202 California Avenue
   Reno, NV 89509
13 Telephone No.: (775) 323-5556
   Fax No.: (775) 323-5597
14
   Attorney for Defendant-in-Intervention,
15 Jeff Palmer

16

17

18

19

20

21

22

23

24

25

26

27

28

3:09-CV-00537-RCJ-VPC
Settlement Agreement

1   Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC" or
2   "Commission"), Plaintiff-in-Intervention Michael Scales ("Scales"), Defendant and
3   Defendant-in-Intervention Sierra Restroom Solutions ("SRS"), Defendant-in-
4   Intervention Michael Oppio ("Oppio") and Defendant-in-Intervention Jeff Palmer
5   ("Palmer") (hereinafter collectively the "Parties") participated in the Early Neutral
6   Evaluation of the above-captioned matter on March 25, 2010, and reached a settlement.
7   This is the resultant settlement agreement.

8   Plaintiff U.S. Equal Employment Opportunity Commission ("Commission" or
9   "EEOC") brought this lawsuit under Title VII of the Civil Rights Act of 1964 and Title I
10  of the Civil Rights Act of 1991, to correct alleged unlawful employment practices on the
11  basis of racial harassment and to make whole Michael Scales, who was aggrieved by the
12  alleged unlawful practices, Plaintiff EEOC alleged that defendant Sierra Restroom
13  Solutions ("Defendant" or "the Company") unlawfully subjected Michael Scales to a
14  hostile work environment because of his race, Black.

15  In the interest of resolving this matter and as a result of having engaged in
16  comprehensive settlement negotiations, the Commission, Defendants, and Scales,
17  (hereinafter "Parties to the Agreement") have agreed that the above-captioned lawsuit
18  (the "Lawsuit") should be finally resolved by this Agreement ("Agreement"). This
19  Agreement shall not constitute an adjudication of or a finding on the merits of the
20  Lawsuit.

21  This Agreement constitutes a complete resolution between the Parties to the
22  Agreement of all claims that were made or could have been made by the Commission
23  on behalf of Michael Scales based upon his charge of discrimination, EEOC Charge No,
24  550-2007-01203. This Agreement does not, however, resolve any future charges or
25  charges that may be pending with the EEOC. This Agreement comprises the full and
26  exclusive agreement of the Parties to the Agreement with respect to the matters
27  discussed herein. No waiver, modification or amendment of any provision of this
28  Agreement shall be effective unless made and approved in writing by the Parties to the

3:09-CV-00537-RCJ-VPC
Settlement Agreement

Agreement. This Agreement is final and binding upon the Parties to the Agreement, their successors and assigns. Each Party to the Agreement shall be responsible for its own costs and attorneys' fees.

MONETARY RELIEF

SRS agrees to pay the sum of $50,000.00 (Fifty Thousand Dollars and No Cents) (the "Settlement Amount") to Michael Scales as damages for emotional distress. The Settlement Amount constitutes non wage compensatory damages and will be reported on IRS form 1099. No FICA, FUTA, or other withholdings shall be made from the Settlement Amount.

Within ten (10) days after EEOC provides SRS's attorney with written notice the Agreement has been signed by all parties, SRS shall pay the Settlement Amount, in the form of a business check, cashier's check, or certified check, via certified mail to Michael Scales's counsel Jeffrey A. Dickerson IOLTA Trust Account. At the time that the Company sends the check to Michael Scales's counsel, it shall provide a copy of the check to David F. Offen-Brown, Senior Trial Attorney, EEOC, 350 The Embarcadero, Suite 500, San Francisco, CA 94105. Within thirty days after notice to the EEOC by Plaintiff Michael Scales that the Settlement Amount has been paid, Plaintiff EEOC and Plaintiff-in-Intervention will request dismissal with prejudice of this case.

So agreed,

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date: 2/15/12

DAVID F. OFFEN-BROWN
Senior Trial Attorney

Attorneys for Plaintiff EEOC

3:09-CV-00537-RCJ-VPC
Settlement Agreement

JEFFREY A. DICKERSON

Date: 2/2/12

_____
Jeffrey A. Dickerson

Attorney for Plaintiff-in-Intervention Michael Scales


McDONALD CARANO WILSON LLP

Date: 2/8/12

_____
Timothy E. Rowe

Attorney for Defendant Sierra Restroom Solutions and for Defendant-in-Intervention Michael Oppio


CARL M. HEBERT

Date: 2/3/12

_____
Carl M. Hebert

Attorneys for Defendant-in-Intervention Jeff Palmer


ORDER

IT IS SO ORDERED.

_____
Robert C. Jones
United States District Judge
Dated: May 11, 2012


3:09-CV-00537-RCJ-VPC
Settlement Agreement